<u>Ms. Arista Renee Seals</u>                              20-30137-H5-13

# REQUEST FOR RESERVE DISBURSEMENT
## 2438 Dark Elm Drive, Fresno, TX 77545
## 2021 - 2024

The Debtor(s) submit this Request for Reserve Disbursement to the Chapter 13 Trustee for payment within 45 days from the date of the request. If the balance on hand in applicable reserve is sufficient to satisfy Line 2 at the time of actual disbursement, Trustee is authorized to pay the amount due as reflected on attached statements.

| 1 | Disbursement is requested from (check only one): | |
|---|---|---|
|   | Ad valorem tax reserve | _____ |
|   | Homeowner's Association fee reserve | ___X___ |
|   | Federal income taxes | _____ |
|   | Other | _____ |
| 2 | Amount due as reflected on attached statements | $1,770.75 |
| 3 | Balance on hand in applicable reserve account per trustee's website as of date of the notice | $782.65 |
| 4 | Requested payment by Trustee (lesser of line 2 and line 3) | $0.00 |
|   |   |   |
| 5 | Name of payee | Winfield Lakes HOA, Inc. |
| 6 | Payee's address | 4635 Southwest Freeway, Suite 580 |
| 7 | Payee City, State, ZIP | Houston, Texas 77027 |
| 8 | Payee account number for debtor | 2438 Dark Elm Drive, Fresno, Texas 77545 |

Attached are invoices, tax statements or other documents evidencing the Debtor(s)' obligation to pay the amounts reflected in line 1 of the preceding table.

*If there is an inconsistency with the amount in Line 2 and the statement amount, Trustee will honor the amount due per the statement.

June 6, 2024

                          Respectfully submitted,
                          KEELING LAW FIRM

                          <u>/s/Kenneth A. Keeling</u>
                          Kenneth A. Keeling; TBN 11160500